Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC SHERMAN,

          Plaintiff,

v.

MCI COMMUNICATION SERVICES, INC.,
d/b/a VERZION BUSINESS SERVICES,

          Defendant.

No. 07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Verizon Business Network Services Inc. ("Verizon"), (incorrectly pled as MCI Communication Services, Inc., d/b/a Verizon Business Services), certifies that Verizon Business Network Services Inc. is a wholly owned subsidiary of Verizon Communications Inc., and Verizon Communications Inc.'s stock is publicly traded.

Dated: January 25, 2008

                                              Martin W. Aron (MA 2008)
                                              Scott H. Casher (SC 7903)
                                              Edwards Angell Palmer & Dodge LLP
                                              Attorneys for Defendant
                                              750 Lexington Avenue
                                              New York, New York 10022
                                              (212) 308-4411