Carolyn Horan (CH 9001)
The Ottinger Firm, P.C.
19 Fulton Street, Suite 408
New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC SHERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MCI COMMUNICATIONS SERVICES, INC.,<br>d/b/a VERIZON BUSINESS SERVICES,<br><br>    Defendant. | Civil Action No.: 08 Civ. 0967<br><br>**NOTICE OF**<br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff in the above captioned matter.

Dated: March 25, 2008        By: _/s/ Carolyn Horan_
                                                   Carolyn Horan (CH 9001)

                                                 The Ottinger Firm, P.C.
                                                 19 Fulton Street, Suite 408
                                                 New York, New York 10038
                                                 (212) 571-2000

                                                 Counsel for Plaintiff Marc Sherman