Carolyn Horan (CH 9001)
The Ottinger Firm, P.C.
19 Fulton Street, Suite 408
New York, New York 10038

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC SHERMAN,

    Plaintiff,

vs.

MCI COMMUNICATIONS SERVICES, INC.,
d/b/a VERIZON BUSINESS SERVICES,

    Defendant.

Civil Action No.: 08 Civ. 0967

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff in the above captioned matter.

Dated: March 25, 2008        By: _____
                                      Carolyn Horan (CH 9001)

                                      The Ottinger Firm, P.C.
                                      19 Fulton Street, Suite 408
                                      New York, New York 10038
                                      (212) 571-2000

                                      Counsel for Plaintiff Marc Sherman