Martin W. Aron (MA 2008)
Scott H. Casher (SC 7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Defendant
750 Lexington Avenue
New York, NY  10022
(212) 308-4411

Robert Walter Ottinger, Jr.
Carolyn J. Horan (CH9001)
The OTTINGER FIRM, P.C.
Attorneys for Plaintiff Marc Sherman
19 Fulton Street, Suite 408
New York, NY  10038
(212) 571-2000

*Document Electronically Filed*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC SHERMAN, | No. 08-CV-00967 |
| Plaintiff, | |
| v. | **JOINT REPORT PURSUANT TO FRCP 26(f)** |
| MCI COMMUNICATION SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES, | |
| Defendant. | |

Pursuant to FED. R. CIV. P. 26(f), and the Initial Scheduling Order entered on March 20, 2008, the parties hereby submit the following report concerning electronic evidence.

**I.**   ***FRCP 26(f)(3)(C) -* Issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

The parties propose that all electronically stored information be produced in paper format unless otherwise agreed.

NWK 211418.1

- 2 -

**II.   *FRCP 26(f)(3)(D)* - Issues about claims of privilege or of protection as trial preparation materials.**

The parties do not propose any procedure for the assertion of privilege beyond those contained in the Federal Rules of Civil Procedure.

**III.   *FRCP 26(f)(3)(F)* – Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties agree to make a good faith effort to agree upon a protective order and to submit the agreed upon protective order to the Court for entry on or before May 30, 2008.

Dated:  New York, NY
        April 3, 2008

| | |
|---|---|
| /s/  Martin W. Aron | /s/  Carolyn J. Horan |
| Martin W. Aron | Carolyn J. Horan |
| Scott H. Casher | Robert Walter Ottinger, Jr. |
| EDWARDS ANGELL PALMER & DODGE LLP | The OTTINGER FIRM, P.C. |
| *Attorneys for Verizon Business Network Services Inc., d/b/a Verizon Business Services* | *Attorneys for Plaintiff Marc Sherman* |
| | 19 Fulton Street, Suite 408 |
| 750 Lexington Avenue | New York, NY  10038 |
| New York, NY 10022 | (212) 571-2000 |
| (212) 308-4411 | carolyn@ottingerlaw.com |
| maron@eapdlaw.com | robert@ottingerlaw.com |
| scasher@eapdlaw.com | |

SO ORDERED:

Dated:  April ___, 2008
        New York, New York            _____
                                                    United States District Judge